IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DE'WAYNE GERMAN THOMAS,

    Plaintiff,                    No. 2:10-cv-1295 JAM EFB P

    vs.

DR. ANDREW NANGALAMA, et al.,

    Defendants.            <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On March 26, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed March 26, 2013, are adopted in full; and

2. The July 27, 2012 motion for summary judgment (Dckt. No. 50) is granted in part, as to plaintiff's claims that defendants unreasonably delayed a consultation with an outside urologist for his prostatitis in 2009, and is otherwise denied.

DATED:   April 26, 2013

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE