**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendants
BAL and NANGALAMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DEWAYNE G. THOMAS, | No.  2:10-CV-1295 JAM EFB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF  DEFENDANTS NANGALAMA AND BAL WITH PREJUDICE** |
| v. | |
| NANGALAMA, ET AL. | |
| Defendant. | |

Plaintiff DEWAYNE G. THOMAS, in pro se, and defendants NANGALAMA and BAL, by and through their attorney of record, hereby stipulate to the dismissal with prejudice of defendants NANGALAMA and BAL, each side to bear its own costs and attorneys fees.

Dated:  December 05, 2013    */s/ DeWayne G. Thomas* (original signature retained by counsel)
DEWAYNE G. THOMAS,
Plaintiff

Dated: December 10, 2013    WILLIAMS & ASSOCIATES

By: */s/ Kathleen J. Williams*
KATHLEEN J. WILLIAMS, CSB 127021
Attorneys for defendants BAL and NANGALAMA

**IT IS SO ORDERED**

Dated:  2/4/2014    /s/ John A. Mendez
The Honorable John A. Mendez
USDC, Eastern District of California

1