**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendants
BAL and NANGALAMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE G. THOMAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANGALAMA, ET AL.<br><br>　　　　Defendant. | No.  2:10-CV-1295 JAM EFB<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Plaintiff DEWAYNE G. THOMAS, in pro se, and defendants NANGALAMA and BAL, by and through their attorney of record, hereby stipulate to the dismissal with prejudice of the entire action, each side to bear its own costs and attorneys fees.

Dated:  December 05, 2013        /s/ DeWayne G. Thomas (original signature retained by counsel)
　　　　　　　　　　　　　　　　　DEWAYNE G. THOMAS,
　　　　　　　　　　　　　　　　　Plaintiff

Dated: December 10, 2013         WILLIAMS & ASSOCIATES


　　　　　　　　　　　　　　　By: /s/ Kathleen J. Williams
　　　　　　　　　　　　　　　　　KATHLEEN J. WILLIAMS, CSB 127021
　　　　　　　　　　　　　　　　　Attorneys for defendants BAL and
　　　　　　　　　　　　　　　　　NANGALAMA

**IT IS SO ORDERED**

Dated: 2/5/2014                  /s/ John A. Mendez
　　　　　　　　　　　　　　　　　The Honorable John A. Mendez
　　　　　　　　　　　　　　　　　USDC, Eastern District of California

1